**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JANE DOE, A MINOR, BY AND THROUGH HER PARENT AND NATURAL GUARDIAN NATASHA PARRISH,** | : | **CASE NO.: 1:24-CV-00962** |
| | : | |
| | : | **Mag. Judge Jonathan D. Greenberg** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **CLEVELAND HEIGHTS-UNIVERSITY HEIGHTS CITY SCHOOL DISTRICT BOARD OF EDUCATION, et al.,** | : | **NOTICE CONFIRMING PROBATE COURT APPROVAL OF SETTLEMENT AGREEMENT** |
| **Defendants.** | : | |

Pursuant to the Court's March 31, 2026, Order, counsel for Plaintiff hereby confirms that the settlement reached by the parties in this matter has been duly approved by the probate court in the county in which the minor resides.  Counsel for Defendants hereby confirms she is in receipt of the signed Entry Approving Settlement of a Minor's Claim.

Respectfully submitted:                    Respectfully submitted:

/s/ Bruce D. Taubman by Sandra R. McIntosh
(0077278) per telephone authority 4/1/26
Bruce D. Taubman (0001410)                  Elizabeth A. Braverman (0088454)
Taubman Law                                 TRIAL COUNSEL
1444 W. 25th                                Sandra R. McIntosh (0077278)
Cleveland, OH  44113                        SCOTT SCRIVEN LLP
(216) 621-0794; (216) 810-2123 (fax)        250 East Broad Street, Suite 900
brucetaubman@gmail.com                      Columbus, OH 43215
brucetaubman@taubmanlaw.net                 (614) 222-8686; FAX (614) 222-8688
*Counsel for Plaintiff*                     elizabeth@scottscrivenlaw.com
                                            sandra@scottscrivenlaw.com
                                            *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies a true and accurate copy of the foregoing was served via the Court's electronic filing system and/or by electronic mail this 1st day of April, 2026 upon the following:

Bruce D. Taubman
Taubman Law
1444 W. 25th
Cleveland, OH  44113
brucetaubman@gmail.com
brucetaubman@taubmanlaw.net
*Attorney for Plaintiff*

_____
Sandra R. McIntosh (0077278)